**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Edward Alan GARCIA, Defendant—**
**Appellant.**

**No. 06–30295.**

United States Court of Appeals,
Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted April 16, 2007.*

Filed April 18, 2007.

_____

Helen J. Brunner, Esq., Bruce F. Miyake, Esq., Office of the U.S. Attorney, Seattle, WA, for Plaintiff–Appellee.

Robert W. Goldsmith, Esq., Seattle, WA, for Defendant–Appellant.

Before: O'SCANNLAIN, CLIFTON and BEA, Circuit Judges.

MEMORANDUM **

Edward Alan Garcia appeals from his 66–month sentence imposed following a guilty plea to possession of a firearm in furtherance of a drug trafficking offense, in violation of 18 U.S.C. § 924(c). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Assuming *arguendo,* that this case is properly before us, we reject Garcia's contention that the district court erred in sentencing him above the Guidelines range. Garcia's sentence was within a range stipulated to by the parties pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C), and, as such, need not comport with the Guidelines. *See United States v. Pacheco–Navarette,* 432 F.3d 967, 970 (9th Cir.2005) ("We accept this proposition explicitly: as the Guidelines are advisory only, there can be no reasonable argument that the court does not have the authority to accept a stipulated sentence that does not comport with them.") (citation omitted). Moreover, the record indicates that the district court correctly used the Guidelines range as a "starting point," *United States v. Cantrell,* 433 F.3d 1269, 1280 (9th Cir.2006), and properly considered and applied the various sentencing considerations articulated in 18 U.S.C. § 3553(a), *see United States v. Knows His Gun,* 438 F.3d 913, 918 (9th Cir.2006). We conclude that the sentence imposed in light of those factors was not unreasonable. *See United States v. Mohamed,* 459 F.3d 979, 988–89 (9th Cir.2006).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.